

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00358-CR

Perla Judith **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 12-CRS-440
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we delete the following language from the trial court's judgment:

> "THIS SENTENCE SHALL RUN CONSECUTIVE TO CASE NUMBER 7:12CR01923-001, UNITED STATES OF AMERICA V. PERLA JUDITH PENA VASQUEZ, UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOLDING SESSION IN MCALLEN, TEXAS."

The trial court's judgment is AFFIRMED AS MODIFIED.

SIGNED October 8, 2014.

_____
Luz Elena D. Chapa, Justice